UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62788-UU (Ungaro)

LUIS FABIO LAFRATTA,

    Plaintiff,

v.

WHIRLPOOL CORPORATION, et al.,

    Defendants.
_____/

**PLAINTIFF, LUIS FABIO LAFRATTA'S INITIAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

PLEASE TAKE NOTICE that the Plaintiff, Fabio Luis Lafratta ("Plaintiff"), by and through the undersigned counsel, hereby provides the following Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1), based upon information presently available as follows:

A. **Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**Response**

1. Corporate Designee Witness(es)
   Best Buy Co. of Minnesota, Inc.
   c/o Litchfield Cavo LLC
   600 Corporate Drive, Suite 600
   Fort Lauderdale, FL 33334
   (954) 689-3000
   Subject of Information: The cause of the loss, the evidence, if any, disputing the allegations in Plaintiff's operative pleading and its June 14, 2017 inspection findings of the washing machine.

2. Corporate Designee Witness(es)
   Maytag Sales, Inc.
   c/o Litchfield Cavo LLP
   600 Corporate Drive, Suite 600
   Fort Lauderdale, FL 33334
   (954) 689-3000
   Subject of Information: The cause of the loss and the evidence, if any, disputing the allegations in Plaintiff's operative pleading.

3. Corporate Designee Witness(es)
   Whirlpool Corporation
   c/o Litchfield Cavo LLP
   600 Corporate Drive, Suite 600
   Fort Lauderdale, FL 33334
   (954) 689-3000
   Subject(s) of Information: The cause of the loss, the evidence, if any, disputing the allegations in Plaintiff's operative pleading and its January 16, 2018 inspection findings of the washing machine.

4. Bruce Cole
   SPEA Consulting, LLC
   2047 E. Shawnee Road
   Berrien Springs, MI 49103
   (269) 369-9194
   Subject(s) of Information: The findings of a manufacturing and/or design defect in the solenoid water valves of the washing machine during a January 16, 2018 inspection.

5. Corporate Designee Witness
   ELBI International, SPA
   c/o Monday, Jones & Albright
   1915 Broad Ripple Avenue
   Indianapolis, IN 46220
   (317) 251-1929
   Subject(s) of Information: The findings of a defect in the solenoid water valves of the washing machine and the whereabouts of the solenoid water valves subsequent to inspection.

6. Luis Fabio Lafratta
   c/o counsel for Plaintiff
   Matthew N. Grosswald, Esq.
   MNG Law Group, P.A.
   10100 W. Sample Road, 3rd Floor
   Coral Springs, Florida
   (954) 671-5059

    Subject(s) of Information: The purchase of the Maytag brand washing machine from Best Buy, all allegations in Plaintiff's operative pleading, the loss and scope of the damage and all efforts to mitigate the damage to Plaintiff's property caused by the loss.

7. Michael Ramos
   Plumbing Troopers, Inc.
   1536 SW 13th Court
   Pompano Beach, FL 33069
   Subject(s) of Information: The date, the cause and/or the extent of how the loss occurred, the scope of the damage and subsequent actions taken to mitigate Plaintiff's damage to Plaintiff's property.

8. Howard Newmark, MRSA3, CIEC, AIEH
   The Mold Inspector
   21613 Casa Monte Court
   Boca Raton, FL 33433
   (954) 650-6742
   Subject(s) of Information: The scope, type and extent of the abnormal levels of mold spores at Plaintiff's property based on air and swab sampling and mold remediation recommendations and/or protocol and dates taken of same to restore abnormal mold conditions at Plaintiff's property to a normal fungal ecology.

9. Corporate Designee Witness(es)
   United Water Restoration Group
   2967 N. Powerline Road
   Pompano Beach, FL 33069
   (954) 972-7510
   Subject(s) of Information: The scope, equipment, costs and emergency water remediation services performed at Plaintiff's property beginning on May 3, 2017 in an effort to mitigate the damage sustained to Plaintiff's property as a result of the washing machine loss.

10. Corporate Designee Witness(es)
    Home Angels
    755 NW 17th Avenue, #105
    Delray Beach, FL 33445
    (561) 929-6919
    Subject(s) of Information: The estimated costs and scope of work to perform mold remediation services to Plaintiff's property in support of Plaintiff's damages to restore Plaintiff's property to its pre-loss condition.

11. Gary Slossberg, CGC
    National Home Building & Remodeling Corp.
    5801 Congress Avenue
    Boca Raton, FL 33487
    (561) 999-4343

   Subject(s) of Information: The scope of work and costs involved to perform and complete the rebuild of Plaintiff's property as a result of the loss in support of Plaintiff's damages to restore Plaintiff's property to its pre-loss condition.

12. Tremayne L. Thomas
    Envista Forensics
    1000 Hurricane Shoals Road, Suite D-500
    Lawrenceville, GA 30043
    (888) 782-3473
    Subject(s) of Information: The findings of a manufacturing and/or design defect in the solenoid water valves of the washing machine during a January 16, 2018 inspection.

13. Any and all witnesses and/or experts disclosed by any other party to this action.

14. Any and all witnesses and/or experts who provide deposition or trial testimony in this matter.

    The Plaintiff, Luis Fabio Lafratta, reserves the right to supplement and/or amend this disclosure as needed.

B. **Rule 26(a)(1)(A)(ii): A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Letter from Whirlpool Corporation to Plaintiff advising that Plaintiff's claim was tendered to the manufacturer of the alleged defective component, ELBI International, SPA on January 18, 2018.
2. Letter from Christopher J. LcElwee, Esq. on behalf of ELBI International, SPA to Whirlpool Corporation, dated January 24, 2018, advising that the alleged defective water supply valve will undergo non-destructive testing at its facility in Italy.
3. Best Buy Service Report, dated June 14, 2017, indicating leaks from seal upon inspection of washing machine.
4. Envista Forensics Report of Findings, dated February 7, 2018;
5. Envista Forensics Inspection videos;
6. Twenty-six (26) photographs of the Property and/or Washing Machine;
7. Plumbing Troopers, Inc. Invoice dated May 5, 2017,
8. The Mold Inspector Assessment Report by Howard Newmark, CIEC, AIEH/AEML, Inc., submitted by Plaintiff;
9. National Home Building & Remodeling Corp's re-build estimate
10. Home Angels' mold remediation estimate.
11. All documents submitted by the Defendants;
12. Any and all discovery and responses to discovery;
13. Any and all expert reports, e-mails or other documents providing any opinion on any issue in this lawsuit;
14. Any and all deposition testimony and/or deposition transcripts in this action.

C. **Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Plumbing Troopers, Inc. $418.70 Invoice
2. United Water Restoration Group's $8,892.62 invoice;
3. Mold Testing and Assessment Report invoice of $1,650.00.
4. Home Angels' mold remediation estimate in the amount of $29,027.96.
5. National Home Building & Remodeling Corp's $80,700.00 re-build estimate
6. Envista Forensics $3,367.80 invoice.
7. Attorneys fees and costs.

D. **Rule 26(a)(1)(A)(iv): Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment**

**Response**: None.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel registered with the CM/ECF system and served to: Morris Pataky, Esq., Attorneys for Defendants, Best Buy, Maytag and Whirlpool Corporation, Litchfield Cavo, LLP, 600 Corporate Drive, Suite 600, Fort Lauderdale, Florida 33334 (954) 689-3005, pataky@litchfieldcavo.com on this 11th day of January, 2019.

MNG Law Group, P.A.
10100 W. Sample Road, 3rd FL
Coral Springs, FL 33065
O: (954) 671-5059/F: (954) 671-5056
eservice@mnglawgroup.com
matthew@mnglawgroup.com
Attorney for Plaintiff

By**:*/s/Matthew N. Grosswald*
MATTHEW N. GROSSWALD, ESQ.
Florida Bar No. 98520

5